# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143002(19)

DEBRA ELIZABETH LUESBY f/k/a
DEBRA ELIZABETH KRUG,
      Plaintiff-Appellee,

v

KIM LEE VICTOR,
      Defendant-Appellant.

SC: 143002
COA: 301290
Roscommon CC: 05-725368-DZ

_____/

     On order of the Court, the motion for reconsideration of this Court's June 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

d0829